MARY JUDIS, Appellant, v. FRANK B. MARTIN,
Respondent.

*Appeal — intermediate order — appeal without permission to Court of
Appeals dismissed.*

Judis v. Martin, 218 App. Div. 402, appeal dismissed.

(Submitted February 21, 1927; decided March 1, 1927.)

MOTION to dismiss an appeal from an' order of the Appellate Division of the Supreme Court in the first judicial department, entered December 3, · 1926, which modified and affirmed as modified an order of Special Term granting defendant's motion to set aside certain levies under a warrant of attachment.

The motion was made upon the grounds that the order appealed from was not a final order and that permission to appeal had not been granted.

*George B. Brooks* for motion.

*Abraham Rosenstein* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. C. JUDSON KIRK, Appellant.

*Appeal — failure to serve appeal papers — motion to dismiss appeal
granted.*

People v. Kirk, 216 App. Div. 800, appeal dismissed.

(Submitted February 21, 1927; decided March 1, 1927.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 23, 1926, which affirmed a judgment of the Court of General Sessions in the county of New York, rendered upon a verdict convicting the defendant of the crime of rape in the second degree.

The motion was made upon the ground that the printed papers on appeal had not been served within the time required by section 536 of the Code of Criminal Procedure.

*Joab H. Banton, District Attorney* (*Edwin B. McGuire* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.

---

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance of the State of New York, Respondent.

SECOND RUSSIAN INSURANCE COMPANY et al., Appellants.

*Appeal — order of Special Term modifying order directing liquidation of insurance company so as to permit trial of actions pending against it, discretionary — Court of Appeals without power to review order of reversal.*

An order of Special Term modifying a prior order, directing liquidation of the business of a foreign insurance company, so as to permit the trial of certain actions which were pending against the company, as if the order of liquidation had not been made, though a final order, is one resting in the discretion of the court and where reversed by the Appellate Division, the Court of Appeals has no power of review.

*Matter of Second Russian Ins. Co.* (*Hamburg Ins. Co.*), 219 App. Div. 46, appeal dismissed.

(Argued February 24, 1927; decided March 4, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1926, which reversed an order of Special Term granting a motion for modification of an order of liquidation and denied said motion.

*Albert Massey, Frederick S. Titsworth* and *Michael S. Gleason* for Second Russian Insurance Company, appellant.

*Hartwell Cabell, Milton B. Ignatius, Blaine F. Sturgis* and *William B. Devoe* for Hamburg Insurance Company, appellant.

*Frederick B. Campbell* and *Paul C. Whipp, amici curiæ*

*Albert Ottinger, Attorney-General* (*Clarence C. Fowler* and *Joseph H. Flynn* of counsel), for respondent.